1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11    BRIAN WHITAKER,                          Case No. CV 19-10123 PA (RAOx)

12                    Plaintiff,               JUDGMENT OF DISMISSAL

13         v.

14    LA GOCCIA, INC.; and DOES 1-10,

15                    Defendants.

16

17        In accordance with the Court's December 16, 2019, and March 3, 2020 Minute

18   Orders, which dismissed the federal claim asserted by plaintiff Brian Whitaker ("Plaintiff")

19   against defendant La Goccia, Inc. ("Defendant") for lack of subject matter jurisdiction as a

20   result of Plaintiff's lack of standing and the mootness of his federal claim, and declined to

21   exercise supplemental jurisdiction over the state law claim contained in Plaintiff's

22   Complaint, it is HEREBY ORDERED, ADJUDGED, AND DECREED that each of

23   Plaintiff's claims are dismissed without prejudice.

24        It is further ORDERED, ADJUDGED, AND DECREED that Defendant shall have

25   its costs of suit.

26   DATED:  March 3, 3020

27   _____
                              Percy Anderson
28                   UNITED STATES DISTRICT JUDGE